# LIST OF ATTACHMENTS

**Exhibit**

1. Copy of the Approval Notice of the I-140 petition on behalf of Zhenru Ding (Xiling Chen's husband).

2. Copies of the I-485 Receipt Notice for Xiling Chen and her husband Zhenru Ding's Adjustment of Status applications and Marriage Certificate

3. Copy of the Fingerprint Notification from the CIS.

4. Copy of Xiling Chen's ASC Appointment notice.

5. Copy of Xiling Chen's ASC Appointment notice.

6. Copy of Xiling Chen's husband Zhenru Ding's I-485 Approval Notice.

7. Copy of the email inquiries and responses from the CIS on May 2, 2006 and January 16, 2007.

8. Copy of the email inquiry and response from the CIS dated June 13, 2007 stating that the case has been transferred to US CIS Nebraska Service Center.

9. Copy of the letter from Congressman Anna Eshoo to Xiling Chen dated August 11, 2006.

10. Copy of the letter from US CIS California Service Center to Plaintiff Xiling Chen.

11. Copy of the letter from US CIS to Xiling Chen dated February 27, 2007.

12. Copies of Xiling Chen's Authorization for Parole of an Alien into the United States.

13. Copies of Plaintiff's H1B Approval Notices.