# EXHIBIT  1

## THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| **RECEIPT NUMBER** WAC-04-142-54305 | **CASE TYPE** I140 IMMIGRANT PETITION FOR ALIEN WORKER | |
| **RECEIPT DATE** April 22, 2004 | **PRIORITY DATE** December 21, 2001 | **PETITIONER** OSA TECHNOLOGIES INC |
| **NOTICE DATE** January 19, 2005 | **PAGE** 1 of 1 | **BENEFICIARY** DING, ZHENRU |

TRICIA WANG
LAW OFFICE OF TRICIA WANG
RE: ZHENRU DING
39159 PASEO PADRE PKWY 205
FREMONT CA 94538

**Notice Type:** Approval Notice
Section: Mem of Profession w/Adv Deg,or
of Exceptn'l Ability
Sec.203(b)(2)

The above petition has been approved. The approved petition will be stored in this office. If the person for whom you are petitioning is or becomes eligible to apply for adjustment of status, he or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based upon this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797 (Rev. 08/31/04) N

# EXHIBIT  2

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT |
|---|---|
| WAC-04-142-54207 | RESIDENT STATUS |

| RECEIVED DATE | PRIORITY DATE | APPLICANT |
|---|---|---|
| April 19, 2004 | | CHEN, XILING |

| NOTICE DATE | PAGE |
|---|---|
| April 23, 2004 | 1 of 1 |

TRICIA WANG
LAW OFFICE OF TRICIA WANG
RE: XILING CHEN
39159 PASEO PADRE PKWY 205
FREMONT CA 94538

**Notice Type:** Receipt Notice

**Amount received:** $ 305.00

**Section:** Derivative adjustment

The above application or petition has been received. It usually takes 730 to 730 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get-up-to-date case status information on your case and find valuable information about immigration services and benefits.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I485    APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|---|
| WAC-04-142-54174 | | | RESIDENT STATUS |
| RECEIVED DATE | PRIORITY DATE | APPLICANT | |
| April 19, 2004 | | DING, ZHENRU | |
| NOTICE DATE | PAGE | | |
| April 23, 2004 | 1 of 1 | | |

TRICIA WANG
LAW OFFICE OF TRICIA WANG
RE: ZHENRU DING
39159 PASEO PADRE PKWY 205
FREMONT CA 94538

**Notice Type:** Receipt Notice

Amount received: $ 305.00
Section: Adjustment as direct
         beneficiary of immigrant
         petition

The above application or petition has been received. It usually takes 730 to 730 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



# 公 证 书

(99)沪证外字第 28413 号

兹证明丁真如（男，⋯⋯⋯日出生）和陈希苓（女，⋯⋯⋯日出生）于一九八六年九月十八日在中国上海市结婚。

中华人民共和国上海市公证处



公 证 员    陈 旲

一九九九年八月三十日

**Translation**

NOTARIAL CERTIFICATE

(99) H.Z.W.Z. No.28413

This is to  certify that DING Zhenru (male, born on
and CHEN Xiling (female,
married in Shanghai, China on September 18, 1986.

CHEN Min (Seal)
Notary Public

The People's Republic of China
Shanghai Notary Public Office
(Seal)

Dated: August 30, 1999



# 公 证 书

(99)沪证外字第 28414 号

  兹证明前面的英文译本内容与丁真如和陈希苓的（99）沪证外字第 28413 号公证书中文原本相符。

中华人民共和国上海市公证处

公 证 员 

一九九九年八月三十日

28754855

<u>**Translation**</u>

NOTARIAL CERTIFICATE

(99) H.Z.W.Z. No.28414

This is to certify that the foregoing English version is true
and faithful to  the  original  Notarial  Certificate  (99)
H.Z.W.Z. No.28413 in Chinese for DING Zhenru and CHEN Xiling.

CHEN Min (Seal)

Notary Public

The People's Republic of China

Shanghai Notary Public Office

(Seal)

Dated: August 30, 1999



# EXHIBIT  3

# Fingerprint Notification

| | NOTICE DATE 05/19/2004 |
|---|---|

| CASE TYPE | | SOCIAL SECURITY NUMBER | USCIS A# |
|---|---|---|---|
| I485  Application to Register Permanent Resident or Adjust Status | | | |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
|---|---|---|---|
| WAC0414254207 | 3 | WSC | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
XILING CHEN
667 KODIAK CT APT 3
SUNNYVALE, CA 94087

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED**
**BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| BCIS SAN JOSE | 06/29/2004 |
| 122 CHARCOT AVE. | 1:00 PM |
| SAN JOSE, CA 95131 | |

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. **THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.**
2. **PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.

Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

BCIS SAN JOSE
122 CHARCOT AVE.
SAN JOSE, CA 95131

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICATION NUMBER
WAC0414254207

APPLICANT COPY

| WARNING! |
|---|
| *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.* |

# EXHIBIT  4

# THE UNITED STATES OF AMERICA

## ASC Appointment Notice

**NOTICE DATE** 09/22/2005

**CASE TYPE**
I485 Application to Register Permanent Resident or Adjust Status

| APPLICATION NUMBER | CODE | SOCIAL SECURITY NUMBER | USCIS A# |
|---|---|---|---|
| WAC0414254207 | 3 | SERVICE CENTER WSC | PAGE 1 of 1 |

XILING CHEN
667 KODIAK CT 3
SUNNYVALE, CA 94087

XTE/SANJOSE

OCT 28 2005

ON

OCT 28 2005

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.
**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SAN JOSE<br>122 CHARCOT AVE.<br>SAN JOSE, CA 95131 | 10/28/2005<br>1:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:   ☐ Wednesday afternoon   ☐ Saturday afternoon

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS SAN JOSE
122 CHARCOT AVE.
SAN JOSE, CA 95131

**APPLICATION NUMBER 1**
I485  -  WAC0414254207

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*
*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

# EXHIBIT 5

# THE UNITED STATES OF AMERICA

## ASC Appointment Notice

| | |
|---|---|
| **CASE TYPE**<br>I485 Application to Register Permanent Resident or Adjust Status | **APPLICATION NUMBER**<br>WAC0414254207 |

| SOCIAL SECURITY NUMBER | USCIS A# | **NOTICE DATE**<br>2/21/2007 |
|---|---|---|
| TCR | WSC | **CODE**<br>1 |
| | ER   4 | **PAGE**<br>1 of 1 |

XILING CHEN
13254 CARRICK ST
SARATOGA, CA 95070



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER**<br>USCIS SAN JOSE<br>122 CHARCOT AVE.<br>SAN JOSE, CA 95131 | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**<br><br>**DATE AND TIME OF APPOINTMENT**<br>03/21/2007<br>2:00 PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SAN JOSE, 122 CHARCOT AVE., SAN JOSE, CA 95131

**APPLICATION NUMBER 1**

I485   -   WAC0414254207



If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797 (Rev. 01/31/05) N

# EXHIBIT  6

# THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| **RECEIPT NUMBER**<br>WAC-04-142-54174 | **CASE TYPE** I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
| **RECEIPT DATE**<br>April 22, 2004 | **PRIORITY DATE**<br>December 21, 2001 | **APPLICANT**<br>DING, ZHENRU |
| **NOTICE DATE**<br>January 19, 2005 | **PAGE**<br>1 of 1 | |

| | |
|---|---|
| TRICIA WANG<br>LAW OFFICE OF TRICIA WANG<br>RE: ZHENRU DING<br>39159 PASEO PADRE PKWY 205<br>FREMONT CA 94538 | **Notice Type:** Approval Notice<br>Section: Adjustment as direct<br>    beneficiary of immigrant<br>    petition<br><br>COA: E26 |

Your application for permanent resident status has been approved. We must complete the process to issue your Permanent Resident Card (I-551). Please make an InfoPass appointment to visit your local office at **www.uscis.gov**. When you arrive, your fingerprint and signature will be taken for processing of your Permanent Resident Card.

IMPORTANT: Please bring this notice, your Arrival/Departure Record (Form I-94), your valid passport or other government issued photo ID, and two PASSPORT style photos that were taken within 30 days of your appointment. Use a pencil to lightly print your name and alien number (A#) as shown in this notice, on the back of each photo. Additional information about the photo requirements can be found at www.state.gov.

If you do not have a valid passport and require temporary evidence of your status, you should bring a third passport style photo.

Please see the additional information on the back.   You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797 (Rev. 08/31/04) N

# EXHIBIT  7

**Tricia Wang**

| | |
|---|---|
| **From:** | CSC XII 485 [CSC-XII.485@dhs.gov] |
| **Sent:** | Thursday, May 11, 2006 2:55 PM |
| **To:** | Tricia Wang |
| **Subject:** | RE: WAC-04-142-54207 VISA IS CURRENT FOR THIS CASE |

The I-485 at question is still pending FBI name check clearance. Once the file has been cleared by FBI, the file will be adjudicated. The Service has NO control on how long it takes FBI to clear the case.

M. Bueno

---

**From:** Tricia Wang [mailto:tricia@wangslaw.com]
**Sent:** Tuesday, May 02, 2006 5:47 PM
**To:** '485, CSC XII '
**Subject:** WAC-04-142-54207 VISA IS CURRENT FOR THIS CASE

Dear Officer:

The following I-485 were filed on 04/19/2004.  The I-140 was approved on 01/19/2005.  The visa number is current for this applicant because the priority date is 12/21/2001.

WAC-04-142-54174  Ding, Zhenru (principal applicant)   --- The principal's I-485 was approved on 01/19/2005!
WAC-04-142-54207  Chen, Xiling(derivative applicant)  -- Did you forget the wife's application?

The applicants were born in PR China, and is under EB-2 (Second Preference).

Therefore, please resume the processing and approve the case asap.  ·

Thank you for your attention.

Tricia Wang
Attorney-at-Law
39159 Paseo Padre Pkwy, Suite 205
Fremont, CA 94538
Tel: 510-791-0232
Fax: 510-791-5609

9/5/2007

**Tricia Wang**

| | |
|---|---|
| **From:** | CSC XII 485 [CSC-XII.485@dhs.gov] |
| **Sent:** | Thursday, January 25, 2007 1:16 PM |
| **To:** | Tricia Wang |
| **Subject:** | RE: WAC-04-142-54207 VISA IS CURRENT FOR THIS CASE |

**The I-485 at question is still pending FBI name check clearance. Once the file has been cleared by FBI, the file will be adjudicated. The Service has NO control on how long it takes FBI to clear the case.**

Officer Bueno
Division 12
California Service Center

---

**From:** Tricia Wang [mailto:tricia@wangslaw.com]
**Sent:** Tuesday, January 16, 2007 3:33 PM
**To:** 'CSC XII 485'
**Subject:** RE: WAC-04-142-54207 VISA IS CURRENT FOR THIS CASE

Dear Officer:

We were advised on May 2006 that this case was pending for name check.  Please advise if the name check has been completed at this point.  If yes, please expedite and approve the case asap as it has been pending for almost 3 years!

Thank you for your kind attention.

Tricia Wang
Attorney-at-Law
39159 Paseo Padre Pkwy, #205
Fremont, CA 94538
Tel: 510-791-0232
Fax: 510-791-5609

-----Original Message-----
**From:** CSC XII 485 [mailto:CSC-XII.485@dhs.gov]
**Sent:** Thursday, May 11, 2006 2:55 PM
**To:** Tricia Wang
**Subject:** RE: WAC-04-142-54207 VISA IS CURRENT FOR THIS CASE

The I-485 at question is still pending FBI name check clearance. Once the file has been cleared by FBI, the file will be adjudicated. The Service has NO control on how long it takes FBI to clear the case.

M. Bueno

---

**From:** Tricia Wang [mailto:tricia@wangslaw.com]
**Sent:** Tuesday, May 02, 2006 5:47 PM
**To:** '485, CSC XII '
**Subject:** WAC-04-142-54207 VISA IS CURRENT FOR THIS CASE

9/5/2007

# EXHIBIT 8

## Tricia Wang

| | |
|---|---|
| **From:** | CSC XII 485 [CSC-XII.485@dhs.gov] |
| **Sent:** | Wednesday, June 13, 2007 4:36 PM |
| **To:** | Tricia Wang |
| **Subject:** | RE: WAC-04-142-54207 VISA IS CURRENT FOR THIS CASE |

Dear Tricia Wang,

USCIS records show the I-485 in question has been transferred to Nebraska Service Center (NSC) for processing. NSC is assisting the California Service Center (CSC) with the pending I-485. If you inquire again concerning your client's I-485. You will need to inquire with NSC. Thank you.

Sincerely,

Officer C. Chen
California Service Certer
USCIS

**From:** Tricia Wang [mailto:tricia@wangslaw.com]
**Sent:** Thursday, May 31, 2007 1:10 PM
**To:** 'CSC XII 485'
**Cc:** 'Silvia Chen'
**Subject:** FW: WAC-04-142-54207 VISA IS CURRENT FOR THIS CASE

Dear Officer:

We were advised on January 2007 that this case was pending for name check.  Please advise if the name check has been completed at this point.  If yes, please expedite and approve the case asap as it has been pending for over 3 years!

Thank you for your kind attention.


Tricia Wang
Attorney-at-Law
39159 Paseo Padre Pkwy, #205
Fremont, CA 94538
Tel: 510-791-0232
Fax: 510-791-5609
-----Original Message-----
**From:** Tricia Wang [mailto:tricia@wangslaw.com]
**Sent:** Tuesday, January 16, 2007 3:33 PM
**To:** 'CSC XII 485'
**Subject:** RE: WAC-04-142-54207 VISA IS CURRENT FOR THIS CASE

Dear Officer:

We were advised on May 2006 that this case was pending for name check.  Please advise if the name check has been completed at this point.  If yes, please expedite and approve the case asap as it has been pending for almost 3 years!

Thank you for your kind attention.

9/5/2007

# EXHIBIT  9

WASHINGTON OFFICE
205 CANNON BUILDING
WASHINGTON, DC 20515-0514
(202) 225-8104
FAX (202) 225-8856

DISTRICT OFFICE
698 EMERSON STREET
PALO ALTO, CA 94301-1609
(650) 323-2984
(408) 245-2339
(831) 335-2020
FAX (650) 323-3498

http://eshoo.house.gov

**Anna G. Eshoo**
**14th District, California**

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0514

COMMITTEE ON ENERGY AND COMMERCE

SUBCOMMITTEES:
TELECOMMUNICATIONS AND THE INTERNET
HEALTH

PERMANENT SELECT COMMITTEE ON
INTELLIGENCE

SUBCOMMITTEES:
INTELLIGENCE POLICY AND NATIONAL
SECURITY, RANKING MEMBER
TECHNICAL AND TACTICAL INTELLIGENCE

WHIP AT LARGE

CO-CHAIR
E-911 CAUCUS

CO-CHAIR
MEDICAL TECHNOLOGY CAUCUS

VICE-CHAIR
DEMOCRATIC BUDGET GROUP

August 11, 2006

Ms. Xiling Chen
13254 Carrick Street
Saratoga, California  95070

Dear Ms. Chen,

I write to follow up with you regarding your case.

The FBI notified me that your Name Check is still actively being reviewed.  Once completed, they will notify the CIS so that a decision can be made on your case.  I've asked the CIS to adjudicate your application as expeditiously as possible and notify you directly of their decision.

I hope this information is helpful to you and thank you again for the opportunity to be of assistance. Enclosed is information on security checks that I thought might be of interest to you.

Sincerely,

Anna G. Eshoo
Member of Congress

Enclosure

THIS STATIONERY PRINTED ON PAPER MADE OF RECYCLED FIBERS
THIS MAILING WAS PREPARED, PUBLISHED, AND MAILED AT TAXPAYER EXPENSE

# EXHIBIT  10

U.S. Citizenship
and Immigration
Services

| U.S. Citizenship and Immigration Services<br>www.uscis.gov<br>1-800-375-5283 | California Service Center<br>Po Box 30111<br>Laguna Niguel, Ca 92607 |

Xiling Chen
667 Kodiak Ct  Apt #3
Sunnyvale, Ca 94087

Dear Xiling Chen:

On 06/16/2005 you, or the designated representative shown below, contacted CIS about your case.  Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | CHEN, XILING |
| **Caller indicated they are:** | APPLICANT/PETITIONER |
| **Attorney Name:** | , |
| **Case type:** | I-485 EMPLOYMENT BASED |
| **Filing date:** | 04/19/2004 |
| **Receipt #** | WAC0414254207 |
| **Beneficiary** (if you filed for someone else) | |
| **Your CIS Account Number** | |
| **Type of Service Requested** | CASE STATUS |

The status of this service request is:   PLEASE SEE ATTACHMENT

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Sincerely,

U.S. Department of Homeland Security
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

WAC Receipt Number:
04 142 54207

Date: July 6, 2005

Chen. Xiling

**The following is provided in response to your inquiry sent to the California Service Center:**

**Pending-** Your case is still pending. The reason that it is still pending is that USCIS is awaiting NAME CHECK result from the FBI. Please allow approximately 180 days for this process to be complete before submitting additional inquiries.
Please note: If the principal is not adjudicated then the derivatives will not be adjudicated. We apologize for any and all inconvenience this may cause.

**NOTE:** The district offices are no longer seeing customers unless they have an appointment. Please visit our website at: http:www.Infopass.USCIS.gov to make an appointment with the district office.

Please call the National Customer Service Center toll free number (800) 375-5283 or visit our website at: http://www.USCIS.GOV for additional information. Thank you.

California Service Center
Congressional & Customer Relations Division XII

Officer: T. Le, CAO
(February 2004.4)

# EXHIBIT  11



U.S. Department of Homeland Security
Washington, DC 20529

**U.S. Citizenship
and Immigration
Services**

HQCIS 181/48.2-C

FEB 2 7 2007

Ms. Xiling Chen
13254 Carrick Street
Saratoga, CA  95070

Dear Ms. Chen:

Thank you for your letter dated January 26, 2007, to the U.S. Citizenship and Immigration
Services Ombudsman (CISO).  Your letter concerning your immigration status was assigned
case # 626161 and forwarded to the Customer Assistance Office for a response.

We regret the length of time it has taken to process your application for adjustment of status.
The processing of your case has been delayed.  A check of our records establishes that your case
is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case.  These
background checks are required to be completed on all applicants who apply for the immigration
benefit you are seeking.  We will make every effort to make a decision on this case as soon as
the background checks are complete.

We trust that this information is helpful.

Sincerely,

Christine Gooding, Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

# EXHIBIT  12

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Authorization for Parole of an Alien into the United States

| (Family Name) | (Given Name) | (Middle Name) | Date Issued 06/21/2004 |
|---|---|---|---|
| CHEN, XILING | | | WAC0414254270 |

| Date of Birth (Month/Day/Year) | Country of Birth          (City or Town) | (State or Province) | (Country) |
|---|---|---|---|
| | CHINA, PEOPLE'S REPUBLIC OF | | |

| U.S. Address (Apt. Number and/or In Care Of) | (Street Number and Name)        (City) | (State or Province) | (Zip/Postal Code) |
|---|---|---|---|
| 687 KODIAK CT 3, SUNNYVALE CA 94087 | | | |

Presentation of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act for bringing an alien who does not have a visa.

**06/20/2005**

Presentation of the original of this document prior to _____ will authorize an immigration officer at a port of entry in the United States to permit the named bearer, whose photograph appears hereon, to enter the United States:

☒ As an alien paroled pursuant to section 212(d)(5) of the Immigration and Nationality Act.

☐

AUTHORIZATION: The named bearer was authorized to depart the United States temporarily for bona fide business or personal reasons and intends to return to the United States to await the adjudication of his/her application for adjustment of status filed under the Immigration and Nationality Act (Act). Contingent upon the applicant's prima facie eligibility, this authorization is valid for multiple applications for parole into the United States during the validity of the parole authorization noted above. Each parole period is not to exceed one year from the date of parole at the port-of-entry.

NOTICE TO APPLICANT: Presentation of this authorization will permit you to resume your application for adjustment of status upon your return to the United States, if otherwise admissible under the Act. If your adjustment application is denied, you may be subject to removal proceedings under sections 235(b)(1) or 240 of the Act. If after April 1, 1997, you depart the United States after you were unlawfully present in the United States for more than 180 days before applying for adjustment of status, you may be found inadmissible under section 212(a)(9)(B)(i) of the Act and may not be permitted to enter when you return to the United States to resume the processing of your application. If found inadmissible, you will need to apply and qualify for a waiver of inadmissibility outside of the United States in order for your adjustment of status application to be approved.

Donald Neufeld, Director
(Signature of Immigration Officer)

(Authorizing Officer)
**California Service Center**

(Parole Stamp)



Form I-512L. (Rev. 11/28/03)

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-512L, Authorization for Parole
of an Alien Into the United States**

| (Family Name) | (Given Name) | (Middle Initial) | Date Issued | **September 30, 2006** |
|---|---|---|---|---|

**CHEN, XILING**

A#

**WAC0626352912**

| Date of Birth (Month/Day/Year) | Country of Birth | (City or Town) | (State or Province) | (Country) |
|---|---|---|---|---|

**CHINA, PEOPLE'S REPUBLIC OF**

| U.S. Address (Apt number and/or in care of) | (Street Number and Name) | (City) | (State or Province) | (Zip/Postal Code) |
|---|---|---|---|---|

**13254 CARRICK ST, SARATOGA CA  95070**

**TRAVEL AUTHORIZATION:** Presentation of the original of this document authorizes a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality Act (Act) for bringing an alien who does not have a visa.

**PAROLE:** The named bearer of this authorization is an applicant for adjustment of status under the Act. The bearer departed the United States temporarily and intends to return to the United States to resume processing of the adjustment of status application. Presentation of the original of this document prior to _____September 29, 2007_____ allows a Customs and Border Protection (CBP) Inspector at a port-of-entry to parole the named bearer, whose photograph appears hereon, into the United States based upon urgent humanitarian reasons or significant public benefit. **This authorization is valid for multiple applications for parole into the United States during the validity period noted above.** Each parole period shall not exceed one year from the date of parole at the port-of-entry.

| [X] | Approved |
|---|---|
| [ ] | Conditions/comments: |

*Parole is not admission into the United States.* Presentation of this authorization will allow a CBP Inspector at a port-of-entry to parole you into the United States, which will allow you to resume your application for adjustment of status. Parole is not an "admission," so even after your parole you will remain an "applicant for admission." If you are found inadmissible, you will need to apply and qualify for a waiver of inadmissibility. If your adjustment application is denied, you may be subject to removal proceedings as an inadmissible alien under 235(b)(1) or 240 of the Act.

Parole into the United States is not guaranteed. In all cases, you are still subject to immigration inspection at a port-of-entry to determine whether you are eligible to come into the United States via the terms of this document. Even if you have previously been granted parole, the Department of Homeland Security retains discretion to deny you parole if the Department determines approving your parole application would not serve the public interest of the United States.

Travel Warning Regarding Unlawful Presence. If you have been unlawfully present in the United States, you may want to ask an immigration attorney or a representative at an immigrant assistance organization accredited by the Board of Immigration Appeals (BIA) whether leaving the United States would make you inadmissible and therefore ineligible for adjustment of status. Under section 212(a)(9)(B)(i) of the Act, aliens who depart the United States after being unlawfully present in the United States for certain periods may become subject to new or additional grounds of inadmissibility because of their travel abroad. If you were unlawfully present in the United States for more than 180 days after April 1, 1997, you may be found inadmissible when you return to the United States. If you were unlawfully present in the United States for more than 180 days but less than one year after April 1, 1997 and then departed voluntarily before the start of removal proceedings, you are inadmissible for three years. If you were unlawfully present for one year or more after April 1, 1997 and then departed, you are inadmissible for ten years. **Obtaining advance authorization for parole will not relieve you of inadmissibility under 212(a)(9)(B)(i).**

Inadmissibility in general. If you have concerns about admissibility and waivers you should contact an immigration attorney or an immigrant assistance organization accredited by the BIA before making foreign travel plans.

Donald Neufeld

California Service Center
24000 Avila Rd.
Laguna Niguel, CA 92677
(Authorizing Office)

# EXHIBIT 13

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-07-088-51825 | CASE TYPE   I129 PETITION FOR A NONIMMIGRANT WORKER |
|---|---|
| RECEIPT DATE February 7, 2007 | PRIORITY DATE | PETITIONER TIBCO SOFTWARE INC |
| NOTICE DATE February 12, 2007 | PAGE 1 of 1 | BENEFICIARY CHEN, XILING |

| | |
|---|---|
| IRENE RECIO REED SMITH LLP RE: TIBCO SOFTWARE INC 901 EAST BYRD ST STE 1700 RICHMOND VA 23219-4068 | Notice Type:  Approval Notice Class: H1B Valid from 03/02/2007 to 03/01/2008 |

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Any change in employment requires a new petition. Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, *Arrival-Departure Record*. This should be turned in with the I-94 when departing the U.S. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, *Application for Action on an Approved Application or Petition*, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**
Form I797A (Rev. 09/07/93)N

---

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt # WAC-07-088-51825
I-94# 623769750 12
NAME CHEN, XILING
CLASS H1B

VALID FROM 03/02/2007 UNTIL 03/01/2008

PETITIONER: TIBCO SOFTWARE INC
3307 HILLVIEW AVE
PALO ALTO CA 94304

Form I797A (Rev. 09/07/93)N

---

**623769750 12**

Receipt Number WAC-07-088-51825
Immigration and
Naturalization Service

I-94
Departure Record          Petitioner: TIBCO SOFTWAR

| 14. Family Name CHEN | |
|---|---|
| 15. First (Given) Name XILING | 16. Date of Birth 03/27/1957 |
| 17. Country of Citizenship CHINA, PEOPLE'S REPUBLIC OF | |

U.S. Department of Justice
Immigration and Naturalization Service

## Notice of Action

### THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I129 |
|---|---|
| WAC-06-009-51493 | PETITION FOR A NONIMMIGRANT WORKER |
| RECEIPT DATE | PETITIONER |
| October 13, 2005 | TIBCO SOFTWARE INC |
| NOTICE DATE      PAGE | BENEFICIARY |
| November 25, 2005   1 of 2 | CHEN, XILING |

| | |
|---|---|
| KRISTIN D. NEVAREZ<br>FRAGOMEN DEL REY BERNSEN & LOEWY L<br>RE: TIBCO SOFTWARE INC<br>2804 MISSION COLLEGE BLVD 2 FL<br>SANTA CLARA CA 95054 | **Notice Type:** Approval Notice<br>**Class:** H1B<br>**Valid from** 11/22/2005 **to** 03/01/2007 |

The above petition for a change in the conditions of the employment that was previously authorized in this classification has been approved. It is valid for the period shown above. The named foreign worker(s) are authorized to be employed for this period pursuant to the terms and conditions of the petition.

If the petitioner requested that the temporary stay of the alien foreign worker(s) be extended, then the named workers' temporary stay has been extended for the period shown above.

Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required.

The petitioner should give the lower portion of this notice to the named foreign worker(s). The worker(s) must keep the lower portion with his or her previous Form I-94, Arrival-Departure Document. The worker(s) must show it when requested by INS. The I-94 portion should be turned in when he or she leaves the United States.

The upper portion of this notice should be kept by the petitioner to show that employment of the named worker(s) is authorized. It must be shown if requested by INS.

The petitioner may file Form I-824, Application for Action on an Approved Application or Petition, with this office to request us to notify a new consulate, port of entry or pre-flight inspection office of this approval.

Please read the back of this form carefully for more information. If you have questions concerning tax withholding, please contact the Internal Revenue Service. Any changes in employment requires a new Form I-129 petition.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283
Form I797A (Rev. 09/07/93)N

---

Detach This Half for Personal Records

Receipt # WAC-06-009-51493
I-94# 585165754 11
NAME CHEN, XILING
CLASS H1B

VALID FROM 11/22/2005 UNTIL 03/01/2007

PETITIONER: TIBCO SOFTWARE INC
3307 HILLVIEW AVE
PALO ALTO CA 94304

585165754 11

Receipt Number WAC-06-009-51493
Immigration and
Naturalization Service

I-94
Departure Record          Petitioner: TIBCO SOFTWAR

| 14. Family Name | | |
|---|---|---|
| CHEN | | |
| 15. First (Given) Name | | 16. Date of Birth |
| XILING | | 03/27/1957 |
| 17. Country of Citizenship | | |
| CHINA, PEOPLE'S REPUBLIC OF | | |

Form I 797A (Rev. 09/07/93)N

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-06-009-51493 | CASE TYPE I129 PETITION FOR A NONIMMIGRANT WORKER |
|---|---|
| RECEIPT DATE October 13, 2005 | PRIORITY DATE | PETITIONER TIBCO SOFTWARE INC |
| NOTICE DATE November 25, 2005 | PAGE 2 of 2 | BENEFICIARY CHEN, XILING |

(Cont')
extension, change, or adjustment of status.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.



Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service** Telephone: (800) 375-5283



Form I797A (Rev. 09/07/93)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

| Receipt # | VOID |
| I-94# | VOID |
| NAME | VOID |
| CLASS | VOID |
| VALID FROM | VOID |
| | VOID |
| PETITIONER: | VOID |
| | VOID |
| | VOID |

Receipt Number
Immigration and
Naturalization Service
I-94
Departure Record

VOID
VOID
VOID
VOID
VOID
VOID
Petitioner:

| 14. Family Name | VOID |
| 15. First (Given) Name | VOID | 16. Date of Birth |
| 17. Country of Citizenship | VOID |

Form I797A (Rev. 09/07/93)N

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I129 |
|---|---|
| WAC-03-216-50375 | PETITION FOR A NONIMMIGRANT WORKER |

| RECEIPT DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| July 21, 2003 | | TIBCO SOFTWARE INC |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| March 23, 2004 | 1 of 1 | CHEN, XILING |

KRISTIN D. NEVAREZ
FDBL
RE: XILING CHEN
2804 MISSION COLLEGE BLVD 2 FL
SANTA CLARA CA 95054

Notice Type: Approval Notice
Class: H1B1
Valid from 10/31/2003 to 03/01/2006

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Any change in employment requires a new petition. Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, *Arrival-Departure Record*. This should be turned in with the I-94 when departing the U.S. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, *Application for Action on an Approved Application or Petition*, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283
Form I797A (Rev. 09/07/93)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt # WAC-03-216-50375
I-94# 472611875 06
NAME CHEN, XILING
CLASS H1B1

VALID FROM 10/31/2003 UNTIL 03/01/2006

PETITIONER: TIBCO SOFTWARE INC
3307 HILLVIEW AVE
PALO ALTO CA 94304

472611875 06

Receipt Number WAC-03-216-50375
Immigration and
Naturalization Service
I-94
Departure Record          Petitioner: TIBCO SOFTWAR

| 14. Family Name | | |
|---|---|---|
| CHEN | | |
| 15. First (Given) Name | | 16. Date of Birth |
| XILING | | 03/27/1957 |
| 17. Country of Citizenship | | |
| CHINA, PEOPLE'S REPUBLIC OF | | |

Form I 797A (Rev. 09/07/93)N