AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and Complaint was made by me [1] | DATE: September 19, 2007 |
| Name of SERVER: Judy Shing | TITLE: Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
On September 19, 2007, summons was served by U.S. Certified Mail to:
Civil Process Clerk, US Attorney's Office, 450 Golden Gate Ave., S.F. CA 94102
Michael Chertoff, Secretary of US D.H.S., Washington DC 20528; Robert Meuller, III
Director of FBI, 935 Pennsylvania Ave., Washington DC 20530

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/24/2007
Date

Signature of Server

Address of Server:
LAW OFFICE OF TRICIA WANG
39159 PASEO PADRE PARKWAY
SUITE #205
FREMONT, CA 94538

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure