1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12 XILING CHEN,                          )
                                         )  No. C 07-4698 PVT
13              Plaintiff,               )
                                         )
14         v.                            )  **ANSWER**
                                         )
15 ALBERTO GONZALES, Attorney General of )
   the United States; MICHAEL CHERTOFF,  )
16 Secretary of the Department of Homeland)
   Security; EMILIO GONZALES, Director of )
17 United States Citizenship & Immigration)
   Services; ROBERT MEULLER, Director of the)
18 Federal Bureau of Investigations; GERARD)
   HEINAUER, Director of the Nebraska Service)
19 Center,                               )
                                         )
20              Defendants.              )
                                         )
21

22     Defendants hereby submit their answer to Plaintiff's Complaint for Mandamus.

23     The initial paragraph consists of Plaintiff's characterizations of the lawsuit for which no

24 answer is necessary; however, to the extent a response is deemed to be required, the Defendants

25 deny that they have improperly withheld action on Plaintiffs application to her detriment.

26                              **PARTIES**

27     1. Defendants admit the allegations in Paragraph One.

28     2. Defendants admit the allegations in Paragraph Two with the exception that Michael B.

ANSWER
C07-4698 PVT                             1

1  Mukasey is the Attorney General of the United States.

2     3. Defendants admit the allegations in Paragraph Three.

3     4. Defendants admit the allegations in Paragraph Four.

4     5. Defendants admit the allegations in Paragraph Five.

5     6. Defendants admit the allegations in Paragraph Six.

## JURISDICTION

7     7. Paragraph Seven consists of Plaintiff's allegation regarding jurisdiction, to which no
8  responsive pleading is required; however, to the extent a responsive pleading is deemed necessary,
9  Defendants deny the allegations in this paragraph.

10    8. Paragraph Eight consists of Plaintiff's allegation regarding jurisdiction, to which no
11 responsive pleading is required.

12    9. Paragraph Nine consists of Plaintiff's allegation regarding costs and attorney fees, to which
13 no responsive pleading is required.

## VENUE

15    10. Paragraph Ten consists of Plaintiff's allegations regarding venue, to which no responsive
16 pleading is required.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

18    11. Defendants deny the allegations in this paragraph.

## FACTUAL ALLEGATIONS

20    12. Defendants admit the allegations in Paragraph Twelve.

21    13. Defendants admit that Plaintiff was first fingerprinted on June 3, 2004.

22    14. Defendants admit the allegations in Paragraph Fourteen.

23    15. Defendants admit the allegations in Paragraph Fifteen.

24    16. Defendants admit that Mr. Zhenru Ding was granted adjustment of status on January 18,
25 2005.

26    17. Defendants are without sufficient information to admit or deny the allegations in
27 Paragraph Seventeen.

28    18. Defendants are without sufficient information to admit or deny the allegations in

ANSWER
C07-4698 PVT                                      2

Paragraph Eighteen.

19. Defendants are without sufficient information to admit or deny the allegations in Paragraph Nineteen.

20. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty.

21. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-One.

22. Defendants deny the allegations in Paragraph Twenty-Two.

23. Defendants deny the allegations in Paragraph Twenty-Three.

24. Defendants deny the allegations in Paragraph Twenty-Four. Plaintiff chose to apply for two travel documents.

25. Defendants deny the allegations in Paragraph Twenty-Five.

26. Defendants deny the allegations in Paragraph Twenty-Six.

27. Defendants deny the allegations in Paragraph Twenty-Seven.

28. Defendants deny the allegations in Paragraph Twenty-Eight.

**REQUEST FOR RELIEF**

The remaining allegations consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

**FIRST AFFIRMATIVE DEFENSE**

The court lacks jurisdiction over the subject matter of this action.

**SECOND AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

At all times alleged in the complaint, Defendants were acting with good faith, with

justification, and pursuant to authority.

**FIFTH AFFIRMATIVE DEFENSE**

Defendants are processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: November 19, 2007                Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney


                                        __/s/_____
                                        ILA C. DEISS
                                        Assistant United States Attorney
                                        Attorneys for Defendants

ANSWER
C07-4698 PVT                                    4