1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12 XILING CHEN,                          )
                                         )  No. C 07-4698 PVT
13              Plaintiff,               )
                                         )
14         v.                            )  **PARTIES' CONSENT TO MAGISTRATE**
                                         )  **JUDGE JURISDICTION**
15 ALBERTO GONZALES, Attorney General of )
   the United States; MICHAEL CHERTOFF,  )
16 Secretary of the Department of Homeland )
   Security; EMILIO GONZALES, Director of )
17 United States Citizenship & Immigration )
   Services; ROBERT MEULLER, Director of the )
18 Federal Bureau of Investigations; GERARD )
   HEINAUER, Director of the Nebraska Service )
19 Center,                               )
                                         )
20              Defendants.              )
                                         )
21

22      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff

23 and the Defendants in this case hereby voluntarily consent to have a United States Magistrate

24 Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

25 final judgment.

26 ///

27 ///

28

Consent to Magistrate Jurisdiction
C07-4698 PVT                                    1

| | | |
|---|---|---|
| 1 | Dated: November 26, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: November 26, 2007            /s/
TRICIA WANG
Attorney for Plaintiff