1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12 XILING CHEN,                              )
                                             ) No. C 07-4698 PVT
13            Plaintiff,                     )
                                             )
14     v.                                    ) **PARTIES' JOINT REQUEST TO BE**
                                             ) **EXEMPT FROM FORMAL ADR**
15 ALBERTO GONZALES, Attorney General of     ) **PROCESS**
   the United States; MICHAEL CHERTOFF,      )
16 Secretary of the Department of Homeland   )
   Security; EMILIO GONZALES, Director of    )
17 United States Citizenship & Immigration   )
   Services; ROBERT MEULLER, Director of the )
18 Federal Bureau of Investigations; GERARD  )
   HEINAUER, Director of the Nebraska Service)
19 Center,                                   )
                                             )
20            Defendants.                    )
                                             )
21

22     Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

23 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

24 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

25 options provided by the court and private entities, and considered whether this case might benefit

26 from any of them.

27     Here, the parties agree that referral to a formal ADR process will not be beneficial because this

28 mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate

PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS
C07-4698 PVT                                1

her application for adjustment of status.  Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: November 26, 2007　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　SCOTT N. SCHOOLS
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　ILA C. DEISS
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants


Dated: November 26, 2007　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　TRICIA WANG
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: _____
　　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS
C07-4698 PVT　　　　　　　　　　　　　　　　2