SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XILING CHEN, | ) |
|            Plaintiff, | ) No. C 07-4698 PVT ) ) ORDER ON |
|     v. | ) **PARTIES' JOINT REQUEST TO BE** ) **EXEMPT FROM FORMAL ADR** |
| ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALES, Director of United States Citizenship & Immigration Services; ROBERT MEULLER, Director of the Federal Bureau of Investigations; GERARD HEINAUER, Director of the Nebraska Service Center, | ) **PROCESS** ) ) ) ) ) ) ) ) ) ) |
|            Defendants. | ) ) |

    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

    Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate

PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS
C07-4698 PVT                                                                                    1

1 | her application for adjustment of status.  Given the substance of the action and the lack of any
2 | potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax
3 | court resources.
4 |     Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
5 | ADR Multi-Option Program and that they be excused from participating in the ADR phone
6 | conference and any further formal ADR process.

Dated: November 26, 2007                          Respectfully submitted,

                                                  SCOTT N. SCHOOLS
                                                  United States Attorney


                                                          /s/
                                                  ILA C. DEISS
                                                  Assistant United States Attorney
                                                  Attorney for Defendants


Dated: November 26, 2007                                  /s/
                                                  TRICIA WANG
                                                  Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: 11/28/07                                    *Patricia V. Trumbull*
                                                  PATRICIA V. TRUMBULL
                                                  United States Magistrate Judge

PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS
C07-4698 PVT                                      2