SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XILING CHEN,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALES, Director of United States Citizenship & Immigration Services; ROBERT MEULLER, Director of the Federal Bureau of Investigations; GERARD HEINAUER, Director of the Nebraska Service Center,<br><br>    Defendants. | No. C 07-4698 PVT<br><br>**JOINT CASE MANAGEMENT STATEMENT** and [**Proposed**] **ORDER**<br><br>Date:   December 18, 2007<br>Time:  2:00 p.m. |

1.  Jurisdiction and Service:

The basis asserted by plaintiff for this Court's jurisdiction is 28 U.S.C. § 1331, 5 U.S.C. § 706 and  28 U.S.C. § 1361.  The parties do not dispute that venue is proper in this district.  No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

2.  Facts:

Plaintiff filed a Form I-485 application to adjust her status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS) on or about on April 19, 2004.

Joint Case Management Conference Statement
C07-4698 PVT                              1

The USCIS has not yet adjudicated the Form I-485 application.  The Plaintiff filed an action on September 12, 2007, seeking an order from this Court directing USCIS to adjudicate her Form I-485 application.

3.  Legal Issues:

Whether this Court should dismiss the Plaintiff's action for lack of subject matter jurisdiction. If this Court has jurisdiction, whether the USCIS is processing the Plaintiff's I-485 application within a reasonable period of time.

4.  Motions:

The parties intend to file cross-motions for summary judgment.

5.  Amendment of Pleadings:

No parties, claims or defenses are expected to be added or dismissed.

6.  Evidence Preservation:

The parties do not have any evidence that falls within this category.

7.  Disclosures:

The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to this case.

8.  Discovery:

The parties do not intend to take any discovery at this time.

9.  Class Actions:

N/A

10.  Related Cases:

The parties are not aware of any related case or cases.

11.  Relief:

The Plaintiff ask this Court to direct USCIS to adjudicate the Form I-485 application.

12.  Settlement and ADR:

The Court granted the parties' request to be exempt from formal ADR process on November 28, 2007.

///

13. Consent to Magistrate Judge for All Purposes:

The parties consent to a magistrate judge.

14. Other References:

The parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. Narrowing of Issues:

The parties do not believe that the issues can be narrowed by agreement or by motion, and do not have suggestions to expedite the presentation of evidence at trial (e.g. through summaries or stipulated facts), and any request to bifurcate issues, claims or defenses.

16. Expedited Schedule:

The parties believe this case can be resolved on cross-motions for summary judgment.

17. Scheduling:

The parties propose the following schedule on the parties' cross-motions for summary judgment:

| | |
|---|---|
| Cross-Motions for Summary Judgment: | January 22, 2008 |
| Cross-Oppositions: | February 5, 2008 |
| Hearing: | February 26, 2008 at 10:00 a.m. |

18. Trial:

The parties do not anticipate the need for a trial in this case.

19. Disclosure of Non-party Interested Entities or Persons:

The parties' intend to file the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

None.

///

///

1  Dated: December 11, 2007                    Respectfully submitted,

2                                              SCOTT N. SCHOOLS
                                               United States Attorney
3

4
                                               ____/s/_____
5                                              ILA C. DEISS
                                               Assistant United States Attorney
6                                              Attorney for Defendants

7

8  Dated: December 11 , 2007                   _____/s/_____
                                               TRICIA WANG
9                                              Attorney for Plaintiff

10

11                          **CASE MANAGEMENT ORDER**

12        The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as

13  the Case Management Order for the case, and the parties are ordered to comply with this Order.

14  The Court hereby vacates the case management conference, which was scheduled for December

15  18, 2007, at 2:00 p.m.

16

17  Date:                                      _____
                                               PATRICIA V. TRUMBULL
18                                             United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

Joint Case Management Conference Statement
C07-4698 PVT                          4