UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| XILING CHEN, | ) | Case No.: C 07-4698 PVT |
| Plaintiff, | ) ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE FOR CROSS MOTIONS FOR SUMMARY JUDGMENT** |
| v. | ) ) | |
| ALBERTO GONZALES, et al., | ) ) | |
| Defendants. | ) ) | |

Having reviewed the parties' Joint Case Management Conference Statement, the court finds it appropriate to continue the Case Management Conference and set a briefing schedule for cross-motions for summary judgment. In their Statement, the parties state they consent to a Magistrate Judge. Therefore,

IT IS HEREBY ORDERED that the Case Management Conference is continued to March 18, 2008.

IT IS FURTHER ORDERED that the parties shall file their cross-motions for summary judgment no later than January 22, 2008. Cross-opposition papers shall be filed no later than February 5, 2008. Absent further order of this court, the matter will be submitted on the papers.

IT IS FURTHER ORDERED that the parties shall file their formal consents to proceed before a Magistrate Judge no later than February 5, 2008.

Dated: *12/13/07*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*