**Tricia Wang (CA Bar No: 178473)**
LAW OFFICE OF TRICIA WANG
39159 Paseo Padre Parkway, Suite 205
Fremont, CA 94538
Telephone: (510) 791-0232
Fax: (510) 791-5609

Attorney for Plaintiff:    Chen, Xiling

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE, CALIFORNIA**

| | |
|---|---|
| Xiling CHEN,<br><br>    Plaintiff,<br><br>vs.<br><br>Alberto Gonzales, Attorney General of the United States; Michael Chertoff, Secretary of the Department of Homeland Security; Emilio Gonzalez Director of United States Citizenship & Immigration Services; Robert Meuller, Director of the Federal Bureau of Investigations; Gerard Heinauer, Director of the Nebraska Service Center<br><br>    Defendants | Case No. C 07-4698 PVT<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

    Plaintiff in the above-captioned civil matter hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby request the reassignment of this case to a United States District Judge.

    Dated:  February 5, 2008

                                    Respectfully submitted,


                                    _____/s/_____
                                    Tricia Wang
                                    Attorney for Plaintiff