1  **Tricia Wang (CA Bar No: 178473)**
   LAW OFFICE OF TRICIA WANG
   39159 Paseo Padre Parkway, Suite 205
2  Fremont, CA 94538
   Telephone: (510) 791-0232
3  Fax: (510) 791-5609

4  Attorney for Plaintiff:        Chen, Xiling

5

6                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
7                        **SAN JOSE, CALIFORNIA**

8  Xiling CHEN                                   )
                                                 )
9                                                )
                                                 )
10      Plaintiff,                               )
                                                 ) Case No. C 07-4698 JW
11 vs.                                           )
                                                 )
12                                               )
   Alberto Gonzales, Attorney General of the    ) STIPULATION TO REQUEST
13 United States; Michael Chertoff, Secretary of the ) THIS COURT TO TAKE THE
   Department of Homeland Security; Emilio Gonzalez) MOTIONS UNDER SUBMISSION
14 Director of United States Citizenship & Immigration) WITHOUT ORAL ARGUMENT
   Services; Robert Meuller, Director of the Federal ) AND [PROPOSED] ORDER
15 Bureau of Investigations; Gerard Heinauer,   )
   Director of the Nebraska Service Center      )
16                                               )
                                                 )
17      Defendants                               )
                                                 )
18 ──────────────────────────────────────

19

20 The Plaintiff and the Defendants submitted cross motions for summary judgment on January

21 22, 2008 and oppositions on February 5, 2008 to the United States Magistrate Judge Patricia

22 V. Trumbull.  This case was reassigned to this honorable court on February 8, 2008.  The

23 parties hereby re-notice their cross motions for summary judgment to this Court.  The

24 parties ask this Court to decide the matter on the papers.

25

26

27

28

                                    1

| | | |
|---|---|---|
| 1 | Dated: February 11, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO |
| 3 | | United States Attorney |
| 4 | | |
| 5 | | _____/s/_____ |
| | | ILA C. DEISS |
| 6 | | Assistant United States Attorney |
| | | Attorneys for Defendants |
| 7 | | |
| 8 | Dated: February 11, 2008 | _____/s/_____ |
| | | Tricia Wang |
| 9 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
JAMES WARE
United States District Judge