**Tricia Wang (CA Bar No: 178473)**
LAW OFFICE OF TRICIA WANG
39159 Paseo Padre Parkway, Suite 205
Fremont, CA 94538
Telephone: (510) 791-0232
Fax: (510) 791-5609

Attorney for Plaintiff:     Chen, Xiling

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE, CALIFORNIA

| | |
|---|---|
| Xiling CHEN,<br><br>   Plaintiff,<br><br>vs.<br><br>Alberto Gonzales, Attorney General of the United States; Michael Chertoff, Secretary of the Department of Homeland Security; Emilio Gonzalez Director of United States Citizenship & Immigration Services; Robert Meuller, Director of the Federal Bureau of Investigations; Gerard Heinauer, Director of the Nebraska Service Center<br><br>   Defendants | Case No. C 07-4698 JW<br><br>NOTICE OF THE RECENT USCIS MEMORANDUM |

The Plaintiff and the Defendants have requested this Court to decide the matter on the papers. Plaintiff would like to ask this Court to decide the matter in light of the February 4, 2008 USCIS Memorandum "*Revised National Security Adjudication and Reporting Requirements*". See Exhibit 1. According to this memo, after a FBI fingerprint and IBIS check have been completed, and the FBI name check request has been pending for more than 180 days, the adjudicator shall approve the application and proceed with card issuance. Plaintiff Xiling Chen's application is ready to be adjudicated except for her pending name check and her name check has been pending for more than three years.

| | | |
|---|---|---|
| 1 | Dated:  February 12, 2008 | Respectfully submitted, |
| 2 | | |
| 3 | | _____/s/_____ |
| | | Tricia Wang |
| 4 | | Attorney for Plaintiff |

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28