1 **Tricia Wang (CA Bar No: 178473)**
  LAW OFFICE OF TRICIA WANG
2 39159 Paseo Padre Parkway, Suite 205
  Fremont, CA 94538
  Telephone: (510) 791-0232
3 Fax: (510) 791-5609

4 Attorney for Plaintiff:        Chen, Xiling

*DENIED — Judge James Ware*

5

## UNITED STATES DISTRICT COURT
6
## NORTHERN DISTRICT OF CALIFORNIA
7
## SAN JOSE, CALIFORNIA

8  Xiling CHEN                                           )
                                                         )
9                                                        )
                                                         )
10       Plaintiff,                                      )
                                                         ) Case No. C 07-4698 JW
11  vs.                                                  )
                                                         )
12                                                       ) **ORDER RE: RENOTICE OF**
    Alberto Gonzales, Attorney General of the            ) **MOTIONS PREVIOUS FILED**
13  United States; Michael Chertoff, Secretary of the    )
    Department of Homeland Security; Emilio Gonzalez     )
14  Director of United States Citizenship & Immigration  )
    Services; Robert Meuller, Director of the Federal    )
15  Bureau of Investigations; Gerard Heinauer,           )
    Director of the Nebraska Service Center              )
16                                                       )
                                                         )
17       Defendants                                      )
    ─────────────────────────────────────────────────────)
18

19

20  The Plaintiff and the Defendants submitted cross motions for summary judgment on January

21  22, 2008 and oppositions on February 5, 2008 to the United States Magistrate Judge Patricia

22  V. Trumbull.  This case was reassigned to this honorable court on February 8, 2008.  The

23  parties hereby re-notice their cross motions for summary judgment to this Court.  The

24  parties ask this Court to decide the matter on the papers.

25

26

27

28

| | | |
|---|---|---|
| 1 | Dated: February 11, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO |
| 3 | | United States Attorney |
| 4 | | |
| 5 | | _____/s/_____ <br> ILA C. DEISS |
| 6 | | Assistant United States Attorney <br> Attorneys for Defendants |
| 7 | | |
| 8 | Dated: February 11, 2008 | _____/s/_____ <br> Tricia Wang |
| 9 | | Attorney for Plaintiff |

## ORDER

This Stipulation is DENIED. In accordance with the Order of Reassignment, the parties must renotice their motions before the Court pursuant with the Civil Local Rules of Court. The Court will decide whether to take the matter under submission once they are properly noticed before the Court.

Dated: February 27, 2008          _____
                                  JAMES WARE
                                  United States District Judge

2