IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Xiling Chen, | NO. C 07-04698 JW |
|       Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Alberto Gonzales, et al., | |
|       Defendants. | |

    In light of Defendants' Motion for Summary Judgment currently on calendar for April 21, 2008, the Court VACATES the case management conference presently scheduled for March 17, 2008. The Court will set a new conference in its order addressing Defendants' motion.

Dated: March 13, 2008

                                              JAMES WARE  
                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ila Casy Deiss ila.deiss@usdoj.gov
Tricia Xiaoxia Wang tricia@wangslaw.com

**Dated: March 13, 2008**                                     **Richard W. Wieking, Clerk**

                                                            **By:   /s/ JW Chambers**
                                                                 **Elizabeth Garcia**
                                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California