JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XILING CHEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALES, Director of United States Citizenship & Immigration Services; ROBERT MEULLER, Director of the Federal Bureau of Investigations; GERARD HEINAUER, Director of the Nebraska Service Center,<br><br>　　　　　　Defendants. | No. C 07-4698 JW<br><br>DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Date: April 21, 2008<br>Time: 9:00 a.m.<br>Courtroom: 8, 4th Floor |

　　Plaintiff Xiling Chen asks this Court to issue a writ of mandamus, compelling the Defendants to make a determination on her application for adjustment of status.

　　Defendants Mukasey and Mueller should be dismissed as improper defendants. *See Wang v. Gonzalez*, 2007 Wl 4463009. *3 (N.D. Cal. Dec. 17, 2007).

　　Plaintiff argues that although the government may use unlimited discretion when granting or denying an application, there is nothing discretionary about the government's duty to adjudicate an adjustment of status application within a reasonable time frame.

Defendants' Reply
C07-4698 JW　　　　　　　　　　　　　　　　1

There is no Ninth Circuit authority addressing this issue. However, this Court recently addressed the TRAC factors in *Wang Yi Chao v. Gonzales*, 2007 WL 3022548 (N.D. Cal. Oct. 15, 2007) and articulated a standard in agreement with the holdings of other courts within the district that a delay of two years is presumptively unreasonable as a matter of law. See, e.g. *Dong v. Chertoff*, 2007 WL 2601107 (N.D. Cal. Sept. 6, 2007) (holding delay of close to two years unreasonable as a mater of law); *Clayton v. Chertoff*, 2007 WL 2904049 at *6 (N.D. Cal. Oct.1, 2007) (recognizing that courts within the district have adopted two years as an unreasonable amount of time and that under two years is not unreasonable.)

Plaintiff's application has been pending since January 2005, when she became eligible due to her husband's status. While this is more than two years, "[w]hat constitutes an unreasonable delay in the context of immigration applications depends to a great extent on the facts of the particular case." *Gelfer v. Chertoff*, 2007 WL 902382 at *2 (N.D. Cal. Mar. 22, 2007). It is Defendants' position that they have successfully challenged the Court's subject matter jurisdiction or, in the alternative, demonstrated that the delay here has been reasonable. Defendants provided the declaration of Mark A. Rohrs, the Assistant Center Director at the Nebraska Service Center for USCIS, who is familiar with the procedures followed by the USCIS when an alien applies for an adjustment of status, and has review Plaintiff's application.

Rohrs attests that in January 2005, Plaintiff's husband's application for adjustment of status was approved, the basis for her own application. Rohrs Decl., ¶ 13. Plaintiff's application is still pending, because the background checks are incomplete and ongoing. *Id.*, ¶ 25. On April 2, 2008, USCIS in conjunction the Federal Bureau of Investigation (FBI) released a joint plan to eliminate the backlog of name checks pending with the FBI, attached at Exhibit A. Additionally, pursuant to USCIS policy, as articulated in the memorandum entitled Revised National Security Adjudication and Reporting Requirements by Michael Aytes, Associate Director of Domestic Operations, HQ 70/23 and 70/28.1 dated February 4, 2008, attached as Exhibit B, all I-485 application that have been pending for more than 180 days will be reviewed. If during this review it appears as though the applicant is eligible "but for" the pending FBI name check, the application will not be delayed any longer and should be processed for a legal permanent resident card.

1  USCIS is processing Plaintiff's application in accordance with the Aytes memorandum and
with the resources allocated and anticipates adjudicating Plaintiff's application by April 30, 2008.

For the foregoing reasons, the Government respectfully asks the Court to dismiss Defendants Michael Mukasey and Robert Mueller, and grant the remaining Defendant's motion for summary judgment as a matter of law.

Dated: April 7, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

      /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants