**Tricia Wang (CA Bar No: 178473)**
LAW OFFICE OF TRICIA WANG
39159 Paseo Padre Parkway, Suite 205
Fremont, CA 94538
Telephone: (510) 791-0232
Fax: (510) 791-5609

Attorney for Plaintiff:          Chen, Xiling

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE, CALIFORNIA**

| | |
|---|---|
| Xiling CHEN )<br><br>)<br><br>)<br><br>         Plaintiff, )<br>                     )<br>vs.                  )<br>                     )<br>Alberto Gonzales, Attorney General of the )<br>United States; Michael Chertoff, Secretary of the )<br>Department of Homeland Security; Emilio Gonzalez )<br>Director of United States Citizenship & Immigration )<br>Services; Robert Meuller, Director of the Federal )<br>Bureau of Investigations; Gerard Heinauer, )<br>Director of the Nebraska Service Center )<br>                     )<br>         Defendants )<br>_____ ) | Case No. C 07-4698 JW<br><br>PLAINTIFF'S REPLY<br>TO DEFENDANTS' OPPOSITION<br>TO PLAINTIFF'S MOTION FOR<br>SUMMARY JUDGMENT<br><br>Date:   April 21, 2008<br>Time:  9:00 am<br>Courtroom:  8, 4th Floor |

Based on the statutes and case law cited in previous filings, Plaintiff Xiling Chen maintains her position on this Court's jurisdiction over this matter.  Defendants have unlawfully and unreasonably failed to carry out the adjudicative functions delegated by law and relief from this Court is warranted under both the Mandamus Act and the APA.

In response to the numerous mandamus lawsuits across the country, both concerning adjustment of status application and naturalization applications, Defendants have recently released two plans to address the notorious FBI name check delay.  One is the Interoffice Memorandum dated February 4, 2008 from Michael Aytes, the other is News Release just recently announced on April 2, 2008, both are included in the exhibits of Defendants' Reply. While we welcome these measures finally taken by the Defendants CIS and FBI, these measures do not change the nature of this case, i.e. it does not make the

1

1  unreasonable delay the Plaintiff has suffered reasonable.

2  Plaintiff Xiling Chen filed her adjustment of status as a derivative applicant on

3  April 19, 2004, the same date her husband filed his adjustment of status application.  Her

4  application has been pending since April 19, 2004, NOT January 19, 2005.  Her husband's

5  application was approved on January 19, 2005.  Being a derivative, her application could

6  have been approved on January 19, 2005, "but for" for her pending name check.

7  According to the Aytes' Memo dated February 4, 2008, if an adjustment of status

8  application that is otherwise approvable and the FBI name check request has been pending

9  for more than 180 days, the adjudicator shall approve the application.  After the publication

10  of the Aytes' Memo, Plaintiff immediately contacted the Defendants.  Plaintiff was

11  informed that all the applications affected by the Aytes' Memo will be queued up and

12  adjudicated in the order of the pending time.  However, up to the present time, more than

13  two months after the publication of the Aytes' Memo, Xiling Chen's application remains

14  pending, despite her long pending time of 4 years!!  Applications affected by the Aytes'

15  Memo with pending time far less than Plaintiff's application were getting approved!

16  On or about March 19, 2008, Defendants offered to stipulate to dismiss this

17  mandamus lawsuit by agreeing to adjudicate Xiling Chen's application by April 30, 2008.

18  Plaintiff Xiling Chen, who has suffered immeasurable impact from this formidable delay,

19  has lost her confidence in our government and declined to take this offer.  However,

20  Plaintiff did relay her willingness to dismiss this case after she receives a decision by

21  Defendants on her adjustment of status application.

22  Plaintiff claims that the delay of 4 years by the Defendants in adjudicating her

23  adjustment of status is clearly unreasonable as a matter of law.  Plaintiff further claims that

24  the delay of more than two months in adjudicating her application after the Aytes' Memo is

25  unreasonable, and the delay of more than 30 days in adjudicating her application after

26  identifying her application for adjudication on or about March 19, 2008 is unreasonable, in

27  view of the total circumstances.  After all, this is a derivative adjustment of status

28  application pending since April 19, 2004, with the Principal's adjustment of status being

2

1    approved over three years ago!!!   According to the Defendants, this application was ready

2    for adjudication long time ago "but for" the pending name check.  Now that the name check

3    is no longer an issue, the continuing delay on Plaintiff's application becomes even more

4    unreasonable and unacceptable.

5        For the foregoing reasons, Plaintiff respectfully asks this Court to dismiss

6    Defendant's motion and grant Plaintiff's motion for summary judgment as a matter of law.

7

8        Dated:  April 8, 2008

9                                          Respectfully submitted,

10                                         _____/s/_____

11                                         Tricia Wang
                                           Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28