**Tricia Wang (CA Bar No: 178473)**
LAW OFFICE OF TRICIA WANG
39159 Paseo Padre Parkway, Suite 205
Fremont, CA 94538
Telephone: (510) 791-0232
Fax: (510) 791-5609

Attorney for Plaintiff:        Chen, Xiling

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE, CALIFORNIA

| | |
|---|---|
| Xiling CHEN | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. C 07-4698 JW |
| vs. | ) |
| | ) |
| Alberto Gonzales, Attorney General of the | ) MOTION TO CLOSE THE |
| United States; Michael Chertoff, Secretary of the | ) CASE; AND [PROPOSED] |
| Department of Homeland Security; Emilio Gonzalez | ) ORDER |
| Director of United States Citizenship & Immigration | ) |
| Services; Robert Meuller, Director of the Federal | ) |
| Bureau of Investigations; Gerard Heinauer, | ) |
| Director of the Nebraska Service Center | ) |
| | ) |
| Defendants | ) |
| ——————————————————————— | ) |

Plaintiff Xiling Chen by and through her attorney of record, hereby move to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff's adjustment of status application (Form I-485).  Plaintiff also requests that the Court vacate the hearing on cross motions for summary judgment noticed for April 21, 2008.

Respectfully submitted,

Date:   April 11, 2008                                      _____/s/_____
                                                                        Tricia Wang
                                                                        Attorney for Plaintiff

1

2 **ORDER**

3 Pursuant to the motion by the Plaintiff, IT IS SO ORDERED.

4

5 Dated:  April _____, 2008                    _____

6                                                                James Ware
                                                                   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28