**Tricia Wang (CA Bar No: 178473)**
LAW OFFICE OF TRICIA WANG
39159 Paseo Padre Parkway, Suite 205
Fremont, CA 94538
Telephone: (510) 791-0232
Fax: (510) 791-5609

Attorney for Plaintiff:   Chen, Xiling

*GRANTED*
*Judge James Ware*
*4/14/2008*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE, CALIFORNIA

| | |
|---|---|
| Xiling CHEN<br><br>        Plaintiff,<br><br>vs.<br><br>Alberto Gonzales, Attorney General of the United States; Michael Chertoff, Secretary of the Department of Homeland Security; Emilio Gonzalez Director of United States Citizenship & Immigration Services; Robert Meuller, Director of the Federal Bureau of Investigations; Gerard Heinauer, Director of the Nebraska Service Center<br><br>        Defendants | Case No. C 07-4698 JW<br><br>MOTION TO CLOSE THE CASE; AND [PROPOSED] ORDER |

Plaintiff Xiling Chen by and through her attorney of record, hereby move to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff's adjustment of status application (Form I-485). Plaintiff also requests that the Court vacate the hearing on cross motions for summary judgment noticed for April 21, 2008.

Respectfully submitted,

Date:   April 11, 2008                                             ____/s/_____
                                                                                    Tricia Wang
                                                                                    Attorney for Plaintiff

1

1

2                              **ORDER**

3   Pursuant to the motion by the Plaintiff, IT IS SO ORDERED.

4    The Court terminates all pending motions, deadlines and hearings.  The Clerk shall close this file.

5   Dated:  April __14__, 2008                    _____
                                                  James Ware
6                                                 United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28